Those Interested Underwriters at Lloyd's, London, Appellant-Respondent, v Bristol-Myers Squibb Company, Respondents-Appellants. [979 NYS2d 550]—

 Concur—Tom, J.P., Sweeny, DeGrasse, Gische and Clark, JJ.